No. 160.—STATE OF LOUISIANA *v.* C. A. GARY.

In a criminal case no appeal lies, unless the accused has been sentenced to the punishment of death, or imprisonment at hard labor, or a fine exceeding three hundred dollars, is actually imposed. Constitution, article 74.

APPEAL from the District Court, parish of Caddo. *Levisee*, J. *James S. Ashton*, District Attorney, for the State. *Looney, Hicks & Kilpatrick*, for defendant and appellant

HOWE, J. The accused in this case has appealed from an order granting to the State a rehearing of a motion to discharge. He has never been sentenced. No appeal lies to this court, in a criminal case, unless a sentence of a certain magnitude has been imposed. Constitution, article 74.

Appeal dismissed